## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISLAND INTELLECTUAL PROPERTY LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>STONECASTLE CASH MANAGEMENT LLC,<br>STONECASTLE INSURED SWEEP LLC,<br>STONECASTLE PARTNERS, LLC,<br>STONECASTLE FINANCIAL CORP., and<br>STONECASTLE ASSET MANAGEMENT<br>LLC,<br><br>　　　　　　　　　Defendants. | No. 1:19-cv-04792-JPO<br><br>ORAL ARGUMENT REQUESTED |

**NOTICE OF MOTION BY DEFENDANTS TO DISMISS THE COMPLAINT**

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Jordan Bekier, dated August 5, 2019, and the Exhibits annexed thereto; the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Complaint, dated August 5, 2019; and all prior pleadings, papers, and proceedings had herein, Defendants StoneCastle Cash Management LLC, StoneCastle Insured Sweep LLC, StoneCastle Partners, LLC, StoneCastle Financial Corp., and StoneCastle Asset Management LLC (collectively, "StoneCastle") pursuant to Rules 8 and 12(b)(6) of the Federal Rules of Civil Procedure respectfully move before the Honorable J. Paul Oetken of the United States District Court for the Southern District of New York, at the United States Courthouse, Courtroom 706, 40 Foley Square, New York, New York, 10007, at a time and date to be designated by the Court, for an order dismissing all of the causes for relief contained in Plaintiff's Complaint.

StoneCastle brings this motion on the grounds that (i) the asserted patent claims are ineligible for patenting under 35 U.S.C. § 101; (ii) the asserted trade secret cause of action does not satisfy this Court's pleading standards; (iii) all remaining claims are derivative of the patent infringement and/or trade secret claims and should accordingly be dismissed; and (iv) the alter ego claims do not satisfy this Court's pleading standards.

Dated:  August 5, 2019
        New York, New York

By:  /s/ Katherine Q. Dominguez
     Katherine Q. Dominguez

     Josh Krevitt
     Brian A. Rosenthal
     Katherine Q. Dominguez
     Gibson, Dunn & Crutcher LLP
     200 Park Avenue
     New York, NY 10166-0193
     Tel.: (212) 351-4000
     jkrevitt@gibsondunn.com
     barosenthal@gibsondunn.com
     kdominguez@gibsondunn.com

     Jordan Bekier
     Gibson, Dunn & Crutcher LLP
     333 Grand Avenue
     Los Angeles, CA 90071-3197
     Tel.: (213) 229-7000
     jbekier@gibsondunn.com

     *Attorneys for Defendants StoneCastle Cash Management LLC, StoneCastle Insured Sweep LLC, StoneCastle Partners, LLC, StoneCastle Financial Corp., and StoneCastle Management LLC*

3

**CERTICATE OF SERVICE**

     I certify that the foregoing document was electronically filed with the Clerk of the Court on August 5, 2019, via the Court's CM/ECF system and has been served on all counsel of record who have consented to electronic service.

Dated:  August 5, 2019                            */s/ Katherine Q. Dominguez*
                                                                                  Katherine Q. Dominguez