UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
ISLAND INTELLECTUAL PROPERTY LLC,

                Plaintiff,

- against -     Civ. Act. No. 1:19-cv-04792-JPO

STONECASTLE CASH MANAGEMENT LLC,
STONECASTLE INSURED SWEEP LLC,
STONECASTLE PARTNERS, LLC, STONECASTLE
FINANCIAL CORP., and STONECASTLE ASSET
MANAGEMENT LLC,

                Defendants.
------------------------------------------------------------------------ X

## JUDGMENT

WHEREAS, on May 29, 2020, this Court issued an Opinion and Order (the "Dismissal Order"): (i) dismissing with prejudice the First through Fifth Causes of Action in the Complaint, and the Eleventh Cause of Action to the extent such Cause of Action sought alter ego liability relating to the First through Fifth Causes of Action; (ii) dismissing the Sixth Cause of Action in the Complaint with leave to amend; and (iii) declining to exercise supplemental jurisdiction over the remaining Causes of Action in the Complaint; and

WHEREAS, Plaintiff has elected not to amend the Sixth Cause of Action, but instead to pursue an amended version of the claim in state court; it is hereby

**ORDERED, ADJUDGED, DECLARED AND DECREED** that, for the reasons set forth in the Dismissal Order, the Court hereby enters final judgment dismissing the First through Fifth Causes of Action, and the Eleventh Cause of Action to the extent such Cause of Action sought alter ego liability relating to the First through Fifth Causes of Action.

The Clerk of Court is directed to close this case.

Dated: New York, New York
July 30, 2020

SO ORDERED.

_____
J. PAUL OETKEN
United States District Judge