UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ISLAND INTELLECTUAL PROPERTY
LLC,
                       Plaintiff,

                  -v-

STONECASTLE CASH MANAGEMENT
LLC, *et al.*,
                       Defendants.

19-CV-4792 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    Consistent with its April 13, 2021 Order granting an indicative ruling, the Court GRANTS Plaintiff's motion to vacate the May 29, 2020 Opinion and Order.

    SO ORDERED.

Dated: April 16, 2021
       New York, New York

_____
J. PAUL OETKEN
United States District Judge